936

No. 188. UNITED CONSTRUCTION WORKERS ET AL. *v.* LABURNUM CONSTRUCTION CORP. The petition for writ of certiorari to the Supreme Court of Appeals of Virginia is granted limited to the following question:

"In view of the type of conduct found by the Supreme Court of Appeals of Virginia to have been carried out by Petitioners, does the National Labor Relations Board have exclusive jurisdiction over the subject matter so as to preclude the State Court from hearing and determining the issues in a common-law tort action based upon this conduct?"

The Government is invited to submit a memorandum setting forth the policy of the National Labor Relations Board in regard to: (1) the proviso in § 10 (a), 61 Stat. 146, 29 U. S. C. (Supp. III) § 160 (a); and (2) other cases, apart from those in § 10 (a), in which the Board declines to exercise its statutory jurisdiction. The memorandum should indicate by what standards the Board declines to act and whether the standards are applied by rule or regulation or on a case-by-case method.

*Welly K. Hopkins, Harrison Combs* and *M. E. Boiarsky* for petitioners. *Archibald G. Robertson* and *George E. Allen* for respondent. 